IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN JOSEPH DRELLING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 14-2211 |

## ORDER

**AND NOW**, this 20th day of January 2016, upon consideration of Plaintiff's Request for Review (Doc. No. 11), Defendant's Response (Doc. No. 12), Plaintiff's Reply (Doc. No. 15), the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter (Doc. No. 18), Plaintiff's Objections to the Report and Recommendation (Doc. No. 22), and Defendant's Response to Plaintiff's Objections (Doc. No. 24), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED IN PART** and **DENIED IN PART**;

2. Plaintiff's Request for Review (Doc. No. 11) is **GRANTED IN PART** and **DENIED IN PART**;

3. The matter is **REMANDED** to the Commissioner for further review, as outlined in the Memorandum accompanying this Order; and

4. The Clerk of Court shall close this case for statistical purposes.

                                                          BY THE COURT:

                                                 /s/ Joel H. Slomsky
                                                 JOEL H. SLOMSKY, J.